**Opinion filed August 31, 2012**



# In The

# Eleventh Court of Appeals

_____

## No. 11-12-00126-CR

_____

## EX PARTE MATTHEW EUGENE NELSON

### On Appeal from the 35th District Court

### Brown County, Texas

### Trial Court Cause No. CR20-783-A

## M E M O R A N D U M   O P I N I O N

Matthew Eugene Nelson has filed in this court a motion to withdraw his notice of appeal and dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted. Appellant's notice of appeal is withdrawn, and the appeal is dismissed.

PER CURIAM

August 31, 2012

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.